No. 23-1272

In the
United States Court of Appeals
for the Seventh Circuit

| | |
|---|---|
| United States of America, | Appeal from the United States District Court for the Central District of Illinois |
| Plaintiff-Appellee, | |
| vs. | Case No. 19-cr-30048 |
| Jonathan Smith, | Hon. Sue E. Myerscough, United States District Judge, Presiding. |
| Defendant-Appellant. | |

**Motion for extension of time
to file Defendant-Appellant's brief**

Now comes the Defendant-Appellant, Jonathan Smith, by his attorney, and, pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, moves this Court for the entry of an order granting an extension of time up to and including September 22, 2023, to file the Defendant-Appellant's brief in the above-entitled case currently due for filing on August 25, 2023. In support thereof, counsel submits the attached affidavit.

Jonathan Smith
Defendant-Appellant

s/ Elliot J. Louthen
Elliot J. Louthen
Asistant Federal Public Defender
Office of the Federal Public Defender
300 W. Main St.
Urbana, Illinois 61801
Phone: (217) 373-0666
Email: elliot_louthen@fd.org
Counsel for Defendant

| State of Illinois   | )       |
|---------------------|---------|
|                     | )    SS |
| County of Champaign | )       |

## Affidavit of counsel

Elliot J. Louthen, being first duly sworn on oath, deposes and states as follows:

1. The Federal Public Defender for the Central District of Illinois, Thomas W. Patton, is the attorney appointed to represent the Defendant Appellant, Jonathan Smith, in Case Number 23-1272 that is currently pending before the United States Court of Appeals for the Seventh Circuit. I, Elliot J. Louthen, am an attorney with the Federal Public Defender for the Central District of Illinois who is primarily responsible for the Defendant-Appellant's appeal.

2. On July 25, 2023, I filed a Position Statement with this Court concerning the impact of *United States v. Brown*, No. 22-1192, on Mr. Smith's appeal. *Brown* reserved the issue of whether Illinois robbery is a crime of violence, which relates to whether Mr. Smith was properly sentenced as a career offender. This Court subsequently issued an order resuming briefing in this appeal.

3. Since that Position Statement, I have attempted to contact Mr. Smith at FCI Terre Haute on the following dates: July 27, 31, August 4, 10, and 14. I have yet to hear back from him or anyone at the BOP. On August 11, I sent a letter to Mr. Smith requesting that he call counsel.

4. Counsel therefore requests an additional four weeks to consult with Mr. Smith and confirm he wants to proceed in this matter.

s/ Elliot J. Louthen<br>Elliot J. Louthen

Under penalty of perjury, the undersigned attorney declares that the contents of the foregoing affidavit are true and correct to the best of his knowledge and belief.

Date: August 18, 2023

s/ Elliot J. Louthen<br>Elliot J. Louthen